IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No.: 5:21-cv-90 -MR-WCM

| Amanda Locklear and Sabra Hart-Walker, *individually and on behalf of all others similarly situated*, | ) ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | **NOTICE OF SETTLEMENT** |
| v. | ) ) | |
| Radius Global Solutions, LLC, | ) ) ) | |
| Defendant. | ) | |

Amanda Locklear and Sabra Hart-Walker ("Plaintiffs"), through counsel, hereby notify the Court that the parties have reached an agreement in principle to settle the litigated claims in this case as to the individual Plaintiffs. Based on the foregoing, Plaintiffs respectfully request that all current deadlines be suspended until June 1, pending the completion of settlement and filing of Plaintiffs' dismissals.

Dated April 18, 2022. Respectfully submitted,

                                                        **MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**

                                                        s/ Scott C. Harris
                                                        Scott C. Harris
                                                        N.C. Bar No.: 35328
                                                       900 W. Morgan Street
                                                       Raleigh, North Carolina 27603
                                                       Telephone: (919) 600-5000
                                                       Facsimile: (919) 600-5035
                                                       sharris@milberg.com

                                                      *Counsel for Plaintiff and the proposed class*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Scott C. Harris
Scott C. Harris
